UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-221-MOC-DCK

| | |
|---|---|
| WILLIAM SCOTT CAMERON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) |
| | ) ORDER |
| UNIVERSITY OF NORTH | ) |
| CAROLINA AT CHARLOTTE, et al., | ) |
| | ) |
| Defendants. | ) |

**THIS MATTER** is before the Court on Defendants' Motion to Dismiss Plaintiff's Complaint for Failure to State a Claim, Motion for Dismiss for Lack of Jurisdiction, (Doc. No. 15), on Defendants' Motion to Strike Exhibits 2 through 10 of Plaintiff's Complaint, (Doc. No. 17), and on Defendants' Motion to Strike Amended Complaint. (Doc. No. 24).

Defendants' motions are all **DENIED** as moot, in light of the Court's Order dated August 16, 2019, granting Plaintiff's Motion for Leave to File an Amended Complaint. See (Doc. No. 31).

**IT IS SO ORDERED**.

Signed: September 3, 2019

Max O. Cogburn Jr.
United States District Judge

1