UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
3:19-cv-221-MOC-DCK

| | |
|---|---|
| WILLIAM SCOTT CAMERON, )<br>)<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>)<br>)<br>)<br>UNIVERSITY OF NORTH )<br>CAROLINA AT CHARLOTTE, et al., )<br>)<br>Defendants. )<br>_____) | **ORDER** |

**THIS MATTER** is before the Court on Plaintiff's Motion to Strike Memorandum in Support of Motion, (Doc. No. 37), and on Plaintiff's Motion to Strike Motion to Dismiss, (Doc. No. 49). In support of the motions to strike, Plaintiff contends that Defendants improperly incorporated by reference arguments contained in other filings when filing their motions to dismiss. Plaintiff therefore asks the Court to strike Defendants' pending motions to dismiss.

The Court declines to grant the drastic relief that Plaintiff seeks. It would be a waste of time and resources to require Defendants to go back and resubmit arguments already placed before the Court, and the Court further finds that Plaintiff has not been prejudiced by Defendants' incorporation of arguments. For the reasons stated herein, Plaintiff's Motions to Strike, (Doc. Nos. 37, 49), are both **DENIED**.

    **IT IS SO ORDERED**.

Signed: November 4, 2019

_____
Max O. Cogburn Jr.
United States District Judge