# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-221-MOC-DCK

| | |
|---|---|
| **WILLIAM SCOTT CAMERON,** | ) |
| **Plaintiff,** | ) |
| v. | ) **ORDER** |
| **UNIVERSITY OF NORTH CAROLINA AT CHARLOTTE, PHILIP L DUBOIS, MICHAEL HILL, JEANNE MADORIN, JUDY ROSE, JEREMY FELDMAN, DARIN SPEASE, KIM WHITESTONE, SCOTT BYRD,** | ) |
| **Defendants.** | ) |

**THIS MATTER IS BEFORE THE COURT** regarding the status of this case and discovery concerns. This matter has been referred to the undersigned Magistrate Judge pursuant to 28 U.S.C. § 636(b), and immediate review is appropriate.

Pursuant to a request from Defendants and the "…Case Management Plan" (Document No. 58, p. 4), the undersigned held a telephone conference on September 25, 2020, regarding discovery disputes in this case. The Court commends counsel for their informal written submissions prior to the telephone conference and for their capable advocacy during the call.

As discussed during the telephone conference, the undersigned has determined that: (1) the deposition limits will remain as set forth in the "…Case Management Plan" (each side may take up to 18 depositions, that shall not exceed a total of 70 hours); and (2) that all depositions in this matter shall be conducted remotely to reduce unnecessary risks of exposure to COVID-19. Counsel are respectfully encouraged to work together to arrange a deposition schedule that works for both sides; however, it is unlikely the discovery deadline in this case will be further extended.

**IT IS, THEREFORE, ORDERED** that the parties shall conduct depositions in this case in a manner consistent with the above instructions, and shall complete all discovery by **November 25, 2020**.

**SO ORDERED**.

Signed: September 25, 2020

David C. Keesler
United States Magistrate Judge