# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION
# CIVIL ACTION NO. 3:19-CV-221-MOC-DCK

| | |
|---|---|
| **WILLIAM SCOTT CAMERON,** | )<br>) |
| **Plaintiff,** | )<br>) |
| v. | )  **ORDER** <br>) |
| **UNIVERSITY OF NORTH CAROLINA AT CHARLOTTE, PHILIP L. DUBOIS, MICHAEL HILL, JEANNE MADORIN, JUDY ROSE, JEREMY FELDMAN, DARIN SPEASE, KIM WHITESTONE, and SCOTT BYRD,** | )<br>)<br>)<br>)<br>)<br>)<br>) |
| **Defendants.** | )<br>) |

**THIS MATTER IS BEFORE THE COURT** regarding Plaintiff William Scott Cameron's "Notice of Settlement" (Document No. 90) filed on October 22, 2020. Plaintiff reports that "[c]ounsel for the parties are in the process of preparing and finalizing a settlement agreement, stipulated dismissals, and other related settlement documents." (Document No. 90, p. 1). The Court commends counsel and the parties for their efforts in resolving this matter.

In light of the parties' pending settlement and dismissal of this action, the undersigned will direct that the pending motions related to discovery disputes be denied as moot. If the parties fail to finalize their settlement by the deadline set herein, those motions may be re-filed, if necessary.

**IT IS, THEREFORE, ORDERED** that the parties shall file a Stipulation of Dismissal in this case on or before **December 22, 2020**.

**IT IS FURTHER ORDERED** that non-party Michael Bass' "Motion For Entry Of A Protective Order Fed. R. Civ. P. 26(c)" (Document No. 86) is **DENIED AS MOOT**.

**IT IS FURTHER ORDERED** that "Defendant Jeremy Feldman's Motion To Quash Third-Party Subpoenas …" (Document No. 88) is **DENIED AS MOOT**.

**SO ORDERED**.

Signed: October 22, 2020

David C. Keesler
United States Magistrate Judge